# COURT MINUTES

Page 2

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor     Date: 8/26/2020    Time: 1:30 p.m.

Defendant: David Tyler Hines    J#: (Bond)    Case #: 20-mj-3237-Becerra
AUSA: Michael Berger    Attorney: Chad Piotrowski - temp
Violation: False Statements/Bank Fraud
Proceeding: Status Conference re: Bond Conditions    CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:
Bond Set at: $100k Psb    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
*Chad Piotrowski, Temp Counsel*
**Report Re Counsel set 9/9/20**
- Deft consented to Zoom appearance.
- The attached bond conditions were agreed to.
- Parties to submit proposed order on bond conditions
- U.S. to submit proposed order for psychological evaluation.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
- Ore tenus motion to change address was granted

D.A.R. 13:15:18     Time in Court: 15 min

USA v. David Tyler Hines
20-2237-JB

Additional conditions:

1) The defendant must submit proof of each job weekly; 2) The defendant shall not apply for, solicit, or incur any further debt during the period of supervision; 3) The defendant must maintain a business bank account and provide a copy of his statement when prompted.