UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
20-3237-MJ-BECERRA

UNITED STATES OF AMERICA**,**

    Plaintiff,

vs.

DAVID TYLER HINES,

    Defendant.

_____/

## O R D E R

**THIS MATTER** is before the Court upon the Defendant's Motion to Vacate Order for Competency Evaluation [D.E. 15].

A Zoom hearing was held on the matter on October 7, 2020.

This court having considered the argument of counsel, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUGED** as follows:

1. The motion is **GRANTED.** The Order Granting Ore Tenus Motion for Competency Evaluation and Setting Status Conference [D.E. 11] is hereby **VACATED.**

2. The Defendant's bond is hereby **MODIFIED** to include mental health testing and/or treatment as deemed appropriate by the U.S. Pretrial Service Office.

3. All other conditions of bond remain in full force and effect.

**DONE AND ORDERED** in chambers at Miami, Florida, this 7th day of October, 2020.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record
    U.S. Pretrial Service Office